PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Dr., Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff and the Class

js-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYNOR F. PORTILLO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COSTA CRUISE LINES INC., a Florida corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 2:17-cv-06471-JFW-KS<br>Judge: Hon. John F. Walter<br><br>**ORDER OF DISMISSAL**<br><br>Filed: September 1, 2017<br>Trial date: Not assigned |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action.  Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.


DATED: November 6, 2017

_____
The Honorable John F. Walter
United States District Court Judge